IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ARTHUR BOWMAN )
)
v. ) NO. 3:07-0417
) JUDGE CAMPBELL
SKYVIEW APARTMENTS, et al. )

ORDER

Pending before the Court are two Reports and Recommendations (Docket Nos. 53 and 54) of the Magistrate Judge, to which no opposition has been filed. The Court has reviewed the Reports and Recommendations and the file. Both Reports and Recommendations (Docket Nos. 53 and 54) are adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 24) is GRANTED. Plaintiff's claims under 42 U.S.C. § 1983, 42 U.S.C. § 703-04, 42 U.S.C. § 2000e-2 and 42 U.S.C. § 3544; Tenn.Code Ann. §§ 39-17-309, 39-11-402, 39-11-403, 40-35-111, and 47-25-1101, *et seq.*; 5 U.S.C. § 552a and its amendments (Privacy Protection Act); 42 U.S.C. § 201, *et seq.* and its corresponding regulations (Health Insurance Portability and Accountability Act), and 28 U.S.C. § 534 are DISMISSED with prejudice.

In addition, Defendants' Motion to Amend (Docket No. 39) is GRANTED in part and DENIED in part. Any future filings shall refer to Defendant Maggie Harrell as Defendant Margaret Harrell.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE